# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Garland, Merrick B. | 2. Court or Organization<br><br>US Court of Appeals DC Circuit | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge-Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 10/05-06 | New Haven, CT | Appellate Clinic | Transportation, meals, room |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank Accounts | B | Interest | M | T | | | | | |
| 2. Sun Trust Bank Accounts | B | Interest | L | T | | | | | |
| 3. Justice Federal Credit Union Accounts | B | Interest | N | T | | | | | |
| 4. Citibank Bank Accounts | A | Interest | M | T | | | | | |
| 5. Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | | None | K | T | | | | | |
| 7. IRA #1 | A | Interest | L | T | | | | | |
| 8. -Edward Jones Co. Money Market & cash balance | | | | | | | | | |
| 9. -Summit State Bank CD | | | | | Redeemed | 01/26/11 | K | | |
| 10. -Plainscapital Bank CD | | | | | | | | | |
| 11. -Patriot Bank CD | | | | | Buy | 02/15/11 | K | | |
| 12. Brokerage Account #1 | | | | | | | | | |
| 13. -General Mills Inc. Common | C | Dividend | L | T | | | | | |
| 14. -Pfizer Common | A | Dividend | J | T | | | | | |
| 15. -Bristol-Myers Squibb Co. Common | B | Dividend | K | T | | | | | |
| 16. -General Electric Co. Common | B | Dividend | L | T | | | | | |
| 17. -Procter & Gamble Co. Common | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 19. -Citigroup Inc. Common | A | Dividend | J | T | | | | | |
| 20. -Aberdeen U.S. Equity Fund (formerly Credit Suisse Lge Cap) | B | Dividend | L | T | | | | | |
| 21. -Nuveen Maryland Prem. Inc. Municipal Fund | E | Dividend | N | T | | | | | |
| 22. -Vanguard S&P 500 ETF Fund | A | Dividend | L | T | Buy | 11/10/11 | L | | |
| 23. -Univ. Md. Sys. Aux. Bond | B | Interest | | | Redeemed | 04/01/11 | K | | |
| 24. -Md. State Health & Higher Ed. Rev. Bond | D | Interest | M | T | | | | | |
| 25. -Md.State Cmnty Dev. Admin.Rev.Bonds (combined listing) | A | Interest | L | T | Buy | 02/09/11 | L | | |
| 26. -U.S. Treasury Notes/Bills (combined listing) | C | Interest | N | T | Buy | 01/26/11 | N | | |
| 27. | | | | | Redeemed (part) | 02/03/11 | M | | |
| 28. | | | | | Redeemed (part) | 05/05/11 | M | | |
| 29. -JP Morgan Chase Bank Deposit Account | A | Interest | O | T | | | | | |
| 30. Brokerage Account #2 | | | | | | | | | |
| 31. -Fidelity Municipal Money Market | A | Dividend | L | T | | | | | |
| 32. -Fidelity Equity Income II | C | Dividend | M | T | | | | | |
| 33. -Fidelity Spartan 500 Index Fund | D | Dividend | O | T | Buy | 09/26/11 | L | | |
| 34. Fidelity Contrafund | B | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  IRA #2 | A | Dividend | J | T | | | | | |
| 36.  -Amer. Funds Money Mkt. Fund | | | | | | | | | |
| 37.  Retirement Account | B | Dividend | M | T | | | | | |
| 38.  -Fidelity Magellan Fund | | | | | | | | | |
| 39.  Trust #1 (combined listing for Trust #1A and 1B) | E | Interest | O | T | | | | | |
| 40.  -U.S. Treasury Notes (combined listing) | | | | | Redeemed (part) | 08/31/11 | M | | |
| 41.  -JP Morgan Chase Bank Deposit Account | | | | | | | | | |
| 42.  -iShares Tr. MSCI EAFE Index Fund | | | | | Buy | 01/26/11 | J | | |
| 43. | | | | | Buy | 03/07/11 | J | | |
| 44. | | | | | Buy | 06/16/11 | K | | |
| 45.  -Vanguard Total Stock Mkt ETF | | | | | Buy | 01/26/11 | K | | |
| 46. | | | | | Buy | 03/07/11 | K | | |
| 47. | | | | | Buy | 06/16/11 | L | | |
| 48. | | | | | Buy | 09/20/11 | L | | |
| 49.  Trust #2 (combined listing for Trust #2A and 2B) | E | Interest | O | T | | | | | |
| 50.  -U.S. Treasury Notes (combined listing) | | | | | Redeemed (part) | 08/31/11 | M | | |
| 51.  -JP Morgan Chase Bank Deposit Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -iShares Tr. MSCI EAFE Index Fund | | | | | Buy | 01/26/11 | J | | |
| 53. | | | | | Buy | 03/07/11 | J | | |
| 54. | | | | | Buy | 06/16/11 | K | | |
| 55. -Vanguard Total Stock Mkt ETF | | | | | Buy | 01/26/11 | K | | |
| 56. | | | | | Buy | 03/07/11 | K | | |
| 57. | | | | | Buy | 06/16/11 | L | | |
| 58. | | | | | Buy | 09/20/11 | L | | |
| 59. Rollover IRA | D | Dividend | N | T | | | | | |
| 60. -Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 61. Brokerage Account #3 | | | | | | | | | |
| 62. -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 63. -Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 64. -Fidelity Mun. Money Mkt | A | Dividend | M | T | | | | | |
| 65. Trust #3 | E | Rent | P1 | W | | | | | |
| 66. -Property, NY, NY | | | | | | | | | |
| 67. -JP Morgan Chase Bank Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Merrick B. Garland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544